Argued June 17, affirmed July 14, 1975

FISH, *Respondent, v.*
SILVERWHEEL FREIGHTLINES (No. 412 500),
*Appellant.*
537 P2d 141

*William L. Hallmark,* Portland, argued the cause for appellant. With him on the brief were Jones, Lang, Klein, Wolf & Smith, Portland.

*Keith E. Tichenor,* Portland, argued the cause for respondent. With him on the brief were Pozzi, Wilson & Atchison, Portland.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

FOLEY, J.

The only issue in this workman's compensation case is whether a 1971 injury, which is conceded to be compensable, caused or materially contributed to the claimant's cancer or its subsequent metastasis as claimant urged. The hearing referee, the Workmen's Compensation Board (one member dissenting) and the circuit court each found in favor of claimant's position.

We conclude that this case is controlled by our holding in *Volk v. Birdseye Division,* 16 Or App 349, 518 P2d 672, Sup Ct *review denied* (1974).

Affirmed.